IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

VS.                                  CASE NO. 3:00CR00096-03(SEC)

JUAN MOLINA-CANDELARIO
* * * * * * * * * * * * * * * * * * *

MOTION IN RESPONSE TO COURT ORDER DATED MAY 2, 2006

TO THE HONORABLE SALVADOR E. CASELLAS, SENIOR
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, LUZ ENID APONTE-ORTIZ U.S. PROBATION OFFICER of this Court,** presenting the following information:

On May 3, 2006, our office received a copy of the court order issued on May 2, 2006, requesting our position, as to the offender's request for early termination of the supervised release term imposed on September 28, 2001. A response was due by May 15, 2006, but due to a personal emergency, this officer was unable to respond as mandated.

On September 7, 2004, the offender commenced his supervised release term. As of this date, he has already served seventeen (17) months of the forty-eight (48) month term ordered by the Court. We have met with the offender and the offender's parents and have reviewed and considered his compliance with his supervision conditions. We contacted the Assistant U.S. Attorney Office and they expressed objections to the offender's request for early termination based on the nature of the offense. Mr. Molina-Candelario's supervision adjustment has been satisfactory. We are respectfully providing the aforementioned information so that Your Honor may consider it when acting upon defendant's request for early termination.

In San Juan, Puerto Rico, this 22nd day of May 2006.

       Respectfully submitted,

       EUSTAQUIO BABILONIA, CHIEF
       U.S. PROBATION OFFICER

       s/Luz E. Aponte
       Luz E. Aponte
       U.S. Probation Officer
       Federal Office Building, Office 400
       San Juan, PR 00918
       Tel. 787-766-5842
       Fax. 787-766-5945
       luz_aponte@prp.uscourts.gov

LEA\

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 22, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Warren Vazquez, Assistant U.S. Attorney and Mr. Juan Molina-Candelario, Urb. Villa Del Rey, Section 4th, 9-A St. # 4-V-9, Caguas, P.R. 00725.

In San Juan, Puerto Rico, this 22nd day of May 2006.

       s/Luz E. Aponte
       Luz E. Aponte
       U.S. Probation Officer
       Federal Office Building, Office 400
       San Juan, PR 00918
       Tel.787-766-5842
       Fax.787-766-5945
       luz_aponte@prp.uscourts.gov

LEA/

3