**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

    vs.                                      Case No.: 3:00CR00096-003(SEC)

**JUAN A. MOLINA-CANDELARIO**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION IN RESPONSE TO COURT
ORDER ISSUED ON JULY 20, 2007**

**TO THE HONORABLE SALVADOR E. CASELLAS
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, August J. Castro, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits as follows:

      1. Pursuant to Court Order dated July 20, 2007, a supervision status report and early termination stance is hereby presented.

      2. Mr. Juan A. Molina-Candelario, was sentenced on September 28, 2001 by Your Honor, to 60 months of imprisonment and a four (4) year supervised release term to follow.

      3. On September 7, 2004, the offender was released from MDC Guaynabo, at which time he commenced his supervised release term.

      4. The offender has satisfied all of the special conditions imposed by the Court and has complied satisfactorily with all other conditions of release.

      5. Mr. Molina-Candelario has not been involved in or suspected of any illegal or dubious behavior as confirmed by the community contacts that have been established throughout his term of supervision and record police checks submitted.

      6. Mr. Molina-Candelario has maintained himself gainfully employed throughout the term of supervision.

7. Mr. Molina-Candelario's disposition towards his family and the community in general has been one of responsibility.

8. On October 4, 2006, Mr Molina-Candelario complied with DNA collection.

9. That the government, represented by Ilianis Rivera, Esq., was contacted, and she informed that pursuant to the U.S. Attorney's Office policy, the requests for early termination are objected as a means of deterrence.

**WHEREFORE,** I declare under penalty of perjury that the foregoing is true and correct. After having considered all presented facts in this case and considering the objection by the U.S. Attorneys Office, it is this officer's recommendation that in lieu of early termination, the offender be assigned to an administrative caseload.

In San Juan, Puerto Rico, this 2nd day of August 2007.

Respectfully submitted,

s/August J. Castro
U.S. Probation Officer
150 Ave. Carlos Chardón , Room 400
San Juan, P.R. 00918-1741
(787) 766-5846
Fax: (787) 281-4940
august_castro@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on **August 2nd, 2007,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney Ilianis Rivera, Esq., and Mr. Juan Molina-Candelario, Urb. Villa Del Rey, 4th Section, 9-A St. #4-V-9, Caguas, PR. 00725

**At San Juan, Puerto Rico, August 2, 2007.**